No. 136.  PEREZ ET AL. *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *McPherson Berrien E. Moore* and *Hiram W. Kwan* for petitioners.

No. 290.  CROWN COAT FRONT Co., INC. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.  *Edwin J. McDermott* for petitioner. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *Alan S. Rosenthal* for the United States.

No. 108.  MORGAN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.  MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.  *Julian Herndon, Jr.,* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 120.  PALMISANO ET AL. *v.* BALTIMORE COUNTY WELFARE BOARD.  Ct. App. Md.  Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.  *Louis Peregoff* for petitioners.  *R. Bruce Alderman, Harris James George,* and *Jean G. Rogers* for respondent.

No. 139.  REMENYI *v.* CLIFFORD, SECRETARY OF DEFENSE, ET AL.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Loyd Wright* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Yeagley, Kevin T. Maroney,* and *Lee B. Anderson* for respondents.